*Various Chapter 13's*

| | | | |
|---|---|---|---|
| S.J. BEAULIEU, JR.<br>CHAPTER 13 TRUSTEE<br>433 METAIRIE ROAD, SUITE 307<br>METAIRIE, LA 70005 | SunTrust Bank<br>MEMPHIS, TN | 64-79<br>611 | 0624134<br>June 17, 2010 |

PAY  Exactly Thirty Nine And 94/100 Dollars

$**********39.94

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

VOID AFTER 90 DAYS

*S.J. Beaulieu Jr.*

⑈0624134⑈ ⑆061100790⑆ 8800517495⑈

*6/21/10*
*Deposited to Treasury*
*Unclaimed - 6047BK.*
*Due: See Letter*

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

\# 227283    - KW
* * C O P Y * *
June 21, 2010
14:14:20

TREASURY REGFUND
Debtor.: VARIOUS CH. 13S
Amount.:           $39.94 CH
Check#.: 0624134

Total-> $39.94

FROM: BEAULIEU

The attached check represents payments found to be undeliverable as listed below, for deposit into the registry of the court.

Registry Check #624134

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 04-19321 | DARDAR, SHANNON A<br>22186 STRAIN RD<br>MANDEVILLE LA 70471 | 7.23 | RADIOLOGY & DIAGNOSTIC SVCS<br>PO BOX 30<br>COVINGTON LA 70434 |
| 04-19321 | DARDAR, SHANNON A<br>22186 STRAIN RD<br>MANDEVILLE LA 70471 | 8.37 | CHILDRENS HOSPITAL<br>PO BOX 95425<br>NEW ORLEANS LA 70195 |
| 05-14482 | MATA, DAVID<br>MATA, ROBYN<br>4347 JEAN LAFITTE BLVD<br>LAFITTE LA 70067 | 24.34 | SHOP AT HOME<br>PO BOX 305249<br>NASHVILLE TN 37230 |
| | | $39.94 | |